■ JAMES PULLAM et al., Doing Business as PULLAM FUEL OIL COMPANY, Respondents, v. MICHAEL GUIDICE et al., Doing Business as G. & G. USED TRUCKS, Appellants.— Order, Appellate Term, First Department, entered on June 8, 1971, affirmed. Respondents shall recover of appellants $50 costs and disbursements of this appeal. Concur — Markewich, J. P., Nunez, Kupferman and Tilzer, JJ.; Murphy, J., dissents in the following memorandum: I dissent and would reverse and order a new trial on the dissenting opinion of Mr. Justice Lupiano at Appellate Term.

■ In the Matter of MONIQUE GARY, A Child Alleged to be Neglected and Abused. DEBORAH GARY, Appellant.— Order, Family Court of the State of New York, New York County, entered on June 1, 1971, denying respondent-appellant's motion to dismiss the petition for lack of jurisdiction, unanimously affirmed, without costs and without disbursements. We affirm on the ground that the conduct of the respondent-appellant constituted a waiver of the claim of lack of jurisdiction. Concur — Stevens, P. J., Capozzoli, Nunez, Kupferman and McNally, JJ.